IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENAYA MARTIN o/b/o N.A.D.M.,** Plaintiff, | : : : |
| v. | : Civ. No. 16-4286 |
| **NANCY A. BERRYHILL,** Acting Commissioner of Social Security, Defendant. | : : : : |

# O R D E R

**AND NOW**, this 8th day of January, 2018, upon consideration of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated December 6, 2017 (Doc. No. 16), to which no objections have been made, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**;

2. The relief sought by Plaintiff is **GRANTED in part** as described below;

3. This case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation;

4. In all other respects, Plaintiff's request for relief is **DENIED**;

5. The **CLERK OF COURT** shall **ENTER JUDGMENT** by separate document in favor of Plaintiff and against the Commissioner for the purposes of this remand. See Shalala v. Schaefer, 509 U.S. 292, 303 (1993); Kadelski v. Sullivan, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

6. The **CLERK OF COURT** shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.